**DISMISS; and Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01012-CV

**MONICA L. NICHOLSON, Appellant**
**V.**
**WILLIAM MICHAEL WRIGHT, Appellee**

**On Appeal from the County Court at Law No. 2**
**Grayson County, Texas**
**Trial Court Cause No. 2013-2-127P**

## MEMORANDUM OPINION

Before Justices Francis, Lang-Miers, and Whitehill
Opinion by Justice Lang-Miers

By letter dated March 3, 2015, the Court notified appellant that her brief was overdue. We directed appellant to file her brief and an extension motion within ten days. We further warned that failure to do so would result in dismissal of the appeal. To date, appellant has neither filed her brief nor communicated with the Court regarding the appeal. Accordingly, we dismiss the appeal. *See* Tex. R. App. p. 38.8(a)(1), 42.3(c).

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

141012F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

MONICA L. NICHOLSON, Appellant

No. 05-14-01012-CV      V.

WILLIAM MICHAEL WRIGHT, Appellee

On Appeal from the County Court at Law
No. 2, Grayson County, Texas
Trial Court Cause No. 2013-2-127P.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that appellee William Michael Wright recover his costs of this appeal from appellant Monica L. Nicholson.

Judgment entered this 29th day of July, 2015.